CV25-02730-PHX-ROS--MTM

FILED ✗ LODGED
___ RECEIVED ___ COPY
JUL 31 2025
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

REFERENCE LRCivR 54, 7.1(a)(a) (Rule Number/Section)

## 1983 Claim:

Date and time of occurrence: 7-2-25 at 1:00 Pm
Place of occurrence: Federal Correctional Institution Phoenix, AZ

Basis for Claim:

On 7-2-25, I arrived at FCI Phoenix and was placed in the Special Housing Unit (SHU) due to my inability to walk on active yard. Upon my arrival in the SHU, I noticed there had been Zero Emergency duress buttons located anywhere in the FCI Phoenix facility. On 7-3-2025 I was having a Medical emergency due to painful tightness in my chest, and difficulty breathing and was in need of medical attention. The C/O's only walk 1x/30 minutes on the hour. I could not press a duress button due to not having access to one. I was not seen by medical until an hour later when Nurse Cook assessed me and stated my EKG was irradic, but all other looked ok. I was told I had an anxiety attack, and I would be okay. I am filing this claim for; Mental anguish, violation of my 8th ammendment, Pain and suffering, and violation of my rights as a Prisoner to have access to a life saving device, (duress button) as per state and Federal regulations.

I am seeking $75,000 dollars in damages to hold FBOP accountable

for their careless acts of negligence, regardless if the facility was Grandfathered in.

Thank You,
Stacey Wondra
H 54938-048
37910 N 45th Ave
Phoenix, AZ 85086

## 1983 Claim

Date/time of occurrence - 7-2-25
Places of Occurrence - FCI Phoenix, and Grand Prairie TX designating Committee.

Basis for Claim:

On May 2, 2025 I arrived at FCI Herlong, in Herlong, CA. I tried to walk the yard, as a GP inmate, and was threatened and told to check in, and if I didn't, I would be Smashed out, or Stabbed of the Yard. After Checking-In I spoke with Psychologist DR. Oshiro, who stated she had a close relationship with SIS. On May 5, 2025, I was told by DR. Oshiro my case was closed, and I was verified Protective Custody, and was Pending re-designation. On 7-2-25, I arrived at FCI Phoenix, in Arizona to FCI and again thought I had no choice then to walk the Yard, and was again, verbally assaulted and threatened to leave the Yard, or I would get stabbed.

To Verify An Inmate Protective Custody means that I was deemed a threat and was not/am not safe to walk on active Yard. I was intentionally placed on yet again another Non-Protective Custody/Active Yard knowing I was verified, Putting my life in emmense danger Causing, duress, Pain/suffering

mental anguish, and violating my 8th Ammendment where Federal Bureau of Prisons responsibility is to maintain the safety and wellbeing of the inmates.

due to the careless and negligent acts of FBOP employees and personell, I am seeking $100,000 be compensated to subside any future encumbrences, and long/short term pain and suffering.

Thank you,
Sincerely,
[signature]
Reg# 54938-048
FCI Phoenix
37910 N 45th Ave
Phoenix, AZ
85086