Federal Correctional Institution
FCI Phoenix
Stacey Wondra
54938-048
37910 N 45th Ave
Phoenix AZ
85086

RECEIVED
JUL 31 2025

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

PHOENIX AZ 852
29 JUL 2025 PM 5 L

85003-212430

Sandra Day O'Connor US Courthouse
C/O Legal Claims
401 West Washington St Room 130
Phoenix, AZ
85003

FOREVER USA